## Ernestine RENCHER, Appellant

v.

Tishaura O. JONES, Appellee.

No. 12–3269.

United States Court of Appeals, Eighth Circuit.

Submitted: April 15, 2013.

Filed: April 23, 2013.

Ernestine Rencher, Saint Louis, MO, pro se.

Doreen D. Dodson, Susan Nell Rowe, Stolar Partnership, argued, Saint Louis, MO, for Appellee.

Before BYE, ARNOLD, and SHEPHERD, Circuit Judges.

PER CURIAM.

Ernestine Rencher appeals following the district court's [1] adverse grant of summary

---

1. The Honorable Rodney W. Sippel, United States District Judge for the Eastern District of Missouri.

judgment in her employment-discrimination case. Upon careful de novo review of the record before the district court and the parties' submissions on appeal, *see Torgerson v. City of Rochester,* 643 F.3d 1031, 1042–43 (8th Cir.) (en banc) (standard of review), *cert. denied,* —— U.S. ——, 132 S.Ct. 513, 181 L.Ed.2d 349 (2011), we affirm for the reasons explained in the district court's thorough opinion. *See* 8th Cir. R. 47B.